IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 11 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

STEVEN M. DRAGOO,

Defendant.

Case No.: 23-cr-208

40 U.S.C. § 5104(e)(2)(G)
Parading, Demonstrating, or
Picketing in a Capitol Building

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, STEVEN DRAGOO, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting

in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

**Steven Dragoo's Participation in the January 6, 2021, Capitol Riot**

8. The defendant, Steven Dragoo, and his co-defendant, wife Kimberly Dragoo, live in St. Joseph, Missouri. On January 5, 2021, the Dragoos traveled from Kansas City, Missouri to Washington, D.C., via airplane. The purpose of the Dragoos' trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9. Prior to January 6, on January 5, 2021, co-defendant Kimberly Dragoo posted a now-deleted Facebook post, which showed a picture of defendant Steven Dragoo and co-defendant Kimberly Dragoo together on a plane going to Washington, DC. *See* Figure 1. The post stated, "Washington DC Trump Rally #Stop the Steal Here we go." Defendant Steven Dragoo and co-defendant Kimberly Dragoo stayed overnight at a hotel near the U.S. Capitol.




*Figure 1*

10. On the morning of January 6, 2021, defendant Steven Dragoo and co-defendant Kimberly Dragoo attended the "Stop the Steal" rally at the Ellipse. At approximately 1:30 p.m., after a stop at their hotel, the Dragoos went with other protestors towards the grounds of the U.S. Capitol.

11. While on the grounds of the U.S. Capitol, co-defendant Kimberly Dragoo posted on her Facebook account videos containing a narration of what she was seeing as she viewed the events from the Northwest side of the U.S. Capitol. In one video, Kimberly Dragoo stated, "They stormed the Capitol … We got stuck in the crowd for like an hour … I'm not getting back in it again." In addition, co-defendant Kimberly Dragoo stated, "They stormed the Capitol a while ago. I called my sister and my son. He said that they are not sharing it, but anyway, there were some guys who walked by that got maced. I think they are getting ready . . . I've seen another crowd go up there – getting ready to do it again." Throughout the video smoke is visible, as is temporary

fencing, which is clearly marked with multiple outward-facing signs containing large lettering that reads: "AREA CLOSED." *See* Figures 2 and 3.



*Figure 2: Area Closed Signs as seen in video*



*Figure 3: Area Closed Sign close up*

12. In another video posted on co-defendant Kimberly Dragoo's Facebook account, an unknown individual can be heard saying, "They're going to start the session for . . ." ~~Co-defendant Kimberly Dragoo can be heard stating, "That's where they are having the hearing," in a reference to the hearing on counting of the electoral votes.~~ Co-defendant Kimberly Dragoo further stated, "Hey, they're getting closer up there." She then observed, "This part is all barricaded," and "These people all went through it. They're not supposed to be . . . they're not supposed to be up here."

MLB

BLC

13. During the video, flash bang grenades can be heard going off in the background as co-defendant Kimberly Dragoo asked, "What is that?" Defendant Steven Dragoo replied, "I think they must just be smoke canisters," as loud emergency vehicle sirens can be heard, police vehicles are seen arriving at the Capitol, and gray smoke is visibly rising from the area. From a

different location within the then-closed grounds of the Capitol, co-defendant Kimberly Dragoo also filmed a large contingent of Metropolitan Police Officers from a close distance as the officers arrived in riot gear and walked in a loose formation towards the Capitol Building ignoring taunts and objects thrown from the crowd. Defendant Steven Dragoo and co-defendant Kimberly Dragoo made their way across the U.S. Capitol grounds and up onto the terrace outside the Senate Wing door.

14. At approximately 3:30 p.m., defendant Steven Dragoo took a picture of co-defendant Kimberly Dragoo posing just outside a broken window in the U.S. Capitol. *See* Figure 4.



*Figure 4: KIMBERLY DRAGOO in Senate Wing Door window*

15. Both defendant Steven Dragoo and co-defendant Kimberly Dragoo entered the U.S. Capitol through the broken window, which was near the Senate Wing door of the U.S. Capitol. *See* Figure 5.



*Figure 5*

16. The Dragoos exited the U.S. Capitol through the Senate Wing Door less than two minutes later at around 3:16 p.m. The Dragoos saw law enforcement officers attempting to barricade the window they just entered and witnessed officers directing rioters out of the building.

17. CCV footage shows the Dragoos re-entered the U.S. Capitol at approximately 3:23 p.m. through the Senate Wind Door itself. *See* Figure 6.



*Figure 6*

18. Defendant Steven Dragoo and co-defendant Kimberly Dragoo turned right and walked with a crowd down a corridor and returned back down the same corridor after they were confronted by a line of police officers prohibiting people from proceeding further. Defendant Steven Dragoo took several photographs of co-defendant Kimberly Dragoo inside the U.S. Capitol. Shortly thereafter, defendant Steven Dragoo and co-defendant Kimberly Dragoo left the U.S. Capitol through the Senate Wing door.

***Elements of the Offense***

19. The parties agree that 40 U.S.C. § 5104(e)(2)(G) requires proof of the following elements:

a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

b. Second, the defendant acted willfully and knowingly.

***Defendant's Acknowledgments***

20. The defendant knew at the time he entered the U.S. Capitol that the building was restricted, and he did not have permission to enter the building and the defendant paraded, demonstrated, and picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Kyle M. McWaters
Kyle M. McWaters
Assistant United States Attorney
D.C. Bar No. 241625
601 D Street NW
Washington, DC 20003
(202) 252-6983
kyle.mcwaters@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, STEVEN M. DRAGOO, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 8/7/23

STEVEN M. DRAGOO
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 8/8/23

BRUCE L. CASTOR, JR.
Attorney for Defendant